# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 3:13-cv-00654 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jeffrey S. White to determine whether it is related to Susan Morrison v. U.S. Department of Justice, Case No. 3:12-cv-04093 JSW.

IT IS SO ORDERED.

Date: February 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge