1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**
11
12   SUSAN MORRISON,                    Case No. 3:13-cv-00654 NC

              Plaintiff,               **SUA SPONTE JUDICIAL**
13                                       **REFERRAL FOR PURPOSES OF**
                                         **DETERMINING RELATIONSHIP**
14        v.                             **OF CASES**

15   U.S. DEPARTMENT OF JUSTICE,

16              Defendant.

17

18        In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19   above captioned case is referred to Judge Jeffrey S. White to determine whether it is related

20   to Susan Morrison v. U.S. Department of Justice, Case No. 3:12-cv-04093 JSW.

21        IT IS SO ORDERED.

22        Date: February 19, 2013

23                                        _____
24                                        Nathanael M. Cousins
                                          United States Magistrate Judge
25

26

27

28
     Case No. 13-cv-00654 NC
     SUA SPONTE JUDICIAL REFERRAL
     RE: RELATING CASES